THE CITY OF LYNDON v. LEW A. HUBER. No. 12,365. (65 Pac. 1115.) Error from Osage district court. Opinion filed July 6, 1901. Division two. *Affirmed*. Pleasant & Pleasant, for plaintiff in error. P. E. Gregory, and A. B. Crum, for defendant in error.

B. D. GREEN *et al.* v. H. J. WEBBER. No. 12,516. (65 Pac. 1116.) Error from Reno district court. Opinion filed July 6, 1901. Division two. *Affirmed*. Vandeveer & Martin, for plaintiffs in error. H. Whiteside, for defendant in error.

L. C. ADAM *et al.* v. CHARLES H. JOHNSON, JR. No. 12,529. (65 Pac. 662.) Error from Cowley district court. Opinion filed July 6, 1901. Division two. *Affirmed*. Hackney & Lafferty, for plaintiffs in error. O. P. Fuller, for defendant in error.

THE STATE INSURANCE COMPANY v. BERTHA CRANMER *et al.* No. 12,530. (65 Pac. 661.) Error from Sumner district court. Opinion filed July 6, 1901. Division two. *Affirmed*. C. D. Burnette, for plaintiff in error. C. E. Elliott, and Ready & Ready, for defendants in error.

THE LAKE KOEN NAVIGATION COMPANY v. THE J. V. BRINKMAN COMPANY BANK. No. 12,600. (65 Pac. 1116.) Error from Barton district court. Opinion filed July 6, 1901. Division two. *Reversed*. Trimble & Braley, John A. Eaton, and Osmond & Cole, for plaintiff in error. D. A. Banta, for defendant in error.

JOHN A. MOORE v. THE STATE OF KANSAS, *ex rel. John Trouth and Joe Hoagland*. No. 12,225. (66 Pac. 239.) Error from Lyon district court. Opinion filed October 5, 1901. Division one. *Dismissed*. J. Jay Buck, for plaintiff in error. R. M. Hamer, C. B. Graves, and L. B. Kellogg, for defendants in error.

PATTIE D. HULME v. THE NEOSHO VALLEY INVESTMENT COMPANY. No. 12,367. (66 Pac. 239.) Error from Labette district court. Opinion filed October 5, 1901. Division one. *Reversed*. Nelson Case, for plaintiff in error. A. D. Neale, for defendant in error.

THE CITY OF LEAVENWORTH v. JOHN HURDLE AND ARTHUR ISLIP. Nos. 12,605, 12,606. (66 Pac. 238.) Appeals from Leavenworth district court. Opinion filed October 5, 1901. Division two. *Reversed*. A. A. Hurd, and O. J. Wood, for appellants. F. P. Fitzwilliams, for appellee.

JOHN C. DOUGLASS v. GEORGE BRANDON *et al.* No. 12,617. (66 Pac. 1083.) Error from court of appeals, northern department. Opinion filed October 5, 1901. Division two. *Affirmed*. John C. Douglass, for plaintiff in error. A. E. Dempsey, J. H. Gillpatrick, and John H. Atwood, for defendants in error.

C. S. JOBES v. H. C. LOWS. No. 12,209. (66 Pac. 627.) Error from Harper district court. Opinion filed November 9, 1901. Division one. (Submitted in June.) *Reversed*. T. A. Noftzger, and Geo. B. Crooker, for plaintiff in error. E. D. Osborn, and D. H. Martin, for defendant in error.

FRANK ROBIESON v. WALTER L. ROYCE AND JENNIE L. ROYCE. No. 12,214. (66 Pac. 646.) Error from Cowley district court. Opinion filed November 9, 1901. Division one. *Reversed*. Dalton & Dalton, for plaintiff in error. Hackney & Lafferty, and G. H. Buckman, for defendants in error.